UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/19

| | |
|---|---|
| LABOR COUNCIL FOR LATIN AMERICAN ADVANCEMENT and NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiffs, <br><br> -v- <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and ANDREW WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency, <br><br> Defendants. | 19 Civ. 1538 (LAK) |
| VERMONT PUBLIC INTEREST RESEARCH GROUP, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> ANDREW WHEELER and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendants. | 19 Civ. 2675 (LAK) |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action is dismissed without prejudice, with each party to bear its own costs and fees.

Dated: April 25, 2019
    New York, New York

| EARTHJUSTICE | GEOFFREY S. BERMAN |
|---|---|
| | United States Attorney for the Southern District of New York |

By: *Eve C. Gartner*

    Jonathan Kalmuss-Katz
    Eve Gartner
    48 Wall Street, 15th Floor
    New York, New York 10005
    Tel.: (212) 845-7376
    jkalmusskatz@earthjustice.org
    egartner@earthjustice.org

*Attorneys for Plaintiff Labor Council
For Latin American Advancement*

NATURAL RESOURCES DEFENSE
COUNCIL, INC.

By: _____
    Nancy S. Marks
    Thomas Zimpleman
    (*admitted pro hac vice*)
    40 West 20th Street, 11th floor
    New York, New York 10011
    Tel.: (212) 727-4414
    nmarks@nrdc.org
    tzimpleman@nrdc.org

*Attorneys for Plaintiff Natural
Resources Defense Council, Inc.*

By: /s/ Danielle J. Levine

    Danielle J. Levine
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    Tel.: (212) 637-2689
    danielle.levine@usdoj.gov

*Attorney for Defendants*

2

Dated: April 25, 2019
       New York, New York

| EARTHJUSTICE | GEOFFREY S. BERMAN<br>United States Attorney for the<br>Southern District of New York |
|---|---|
| By: _____<br>Jonathan Kalmuss-Katz<br>Eve Gartner<br>48 Wall Street, 15th Floor<br>New York, New York 10005<br>Tel.: (212) 845-7376<br>jkalmusskatz@earthjustice.org<br>egartner@earthjustice.org<br><br>*Attorneys for Plaintiff Labor Council*<br>*For Latin American Advancement* | By: _____<br>Danielle J. Levine<br>Assistant United States Attorney<br>86 Chambers Street, Third Floor<br>New York, New York 10007<br>Tel.: (212) 637-2689<br>danielle.levine@usdoj.gov<br><br>*Attorney for Defendants* |

NATURAL RESOURCES DEFENSE
COUNCIL, INC.

By: _____
Nancy S. Marks
Thomas Zimpleman
(*admitted pro hac vice*)
40 West 20th Street, 11th floor
New York, New York 10011
Tel.: (212) 727-4414
nmarks@nrdc.org
tzimpleman@nrdc.org

*Attorneys for Plaintiff Natural*
*Resources Defense Council, Inc.*

2

SUSSMAN & ASSOCIATES

By: /s/ Robert M. Sussman

Robert M. Sussman
(*admitted pro hac vice*)
3101 Garfield Street, NW
Washington, DC 20008
Tel.: 202-716-1118 (phone)
bobsussman1@comcast.net

*Attorneys for Plaintiffs Vermont Public
Interest Research Group, Safer Chemicals
Healthy Families, Lauren Atkins and Wendy
Hartley*

SO ORDERED.

Dated: April 25, 2019

HON. LEWIS A. KAPLAN
United States District Judge

3